United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE PRIDDY,                                    No. C 08-05377 MHP

        Plaintiff(s),                                **REFERRAL ORDER**

  v.

LANE BRYANT, INC et al,

        Defendant(s).
_____/

    This matter is hereby referred to Magistrate Judge James Larson for a settlement conference, to be completed within the next 45-60 days.  A further Case Management Conference is set for January 25, 2010 at 3:00 p.m., with a joint supplemental status report to be filed one week prior to the conference.

Dated: 10/23/09

MARILYN HALL PATEL
United States District Court