United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Priddy, | No. C 08-5377  JL |
| Plaintiff, | **BRIEFING ORDER** |
| v. | |
| Lane Bryant, et al., | |
| Defendants. | |

This case, including Defendants' motion to strike portions of Plaintiff's complaint, was reassigned to this Court with the consent of the parties under 28 U.S.C. §636(c). If Plaintiff opposes this motion, she shall file her opposition on or before June 2, 2010; Defendants shall file their reply on or before June 9, 2010, and the matter will then be submitted without a hearing under Civil Local Rule 7-1(b).

IT IS SO ORDERED

DATED: May 3, 2010

_____
James Larson
United States Magistrate Judge